BENJAMIN B. WAGNER
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2738

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:02-cr-00404-MCE |
| Plaintiff, | |
| v. | **ORDER TO DISMISS INDICTMENT AND UNSEAL CASE** |
| TIGRAN SVADJIAN, | |
| Defendant. | |

**ORDER**

The government's motion to dismiss the Indictment against Defendant TIGRAN SVADJIAN and to unseal this case is GRANTED.

DATED: January 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1